IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES S. PROPST,

    Plaintiff,

v.                                        Case No. 1:18cv201-MW/GRJ

SGT. SCOTT, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with an order of the Court and failure to prosecute." The Clerk shall close the file.

**SO ORDERED** on January 17, 2019.

                                                **s/Mark E. Walker**
                                                **Chief United States District Judge**